# United States Bankruptcy Court
### District of Delaware

In re    **Diana Marie Meekins** _____    Case No. _____
                                    Debtor(s)    Chapter    **13** _____

## CHAPTER 13 PLAN

NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL.
BANKR.L.R. 3023-1

The future earnings of the debtor are submitted to the supervision and control of the Court and the Debtor's employer
shall pay to the trustee the sum of   **$240.00 Monthly for 60 months** _____ .

From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as
follows:

1.    Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

   (A)    Debtor's Counsel Fees   **$2,843.00** _____
   (B)    Priority Taxes
          Tax                                Tax Year Due                                Amount
          **-NONE-**
   (C)    Other Priority or Administrative Expenses
          Creditor Name                                            Amount
          **-NONE-**

2.    (As applicable - Pro-rata with or subsequent to) dividends to priority creditors, holders of allowed secured
claims shall retain the liens securing such claims and shall be paid as follows:

   (A)    Long term or mortgage debt -
          PRE-PETITION ARREARAGE ONLY, to be paid to   **Caliber Home Loans** _____    **914 South Scott**
          **Street Middletown, DE 19709-1346  New Castle County**    $   **0.00**    (total amount of pre-petition
          arrears for the real property (collateral identified)). Debtor shall continue to make regular
          post-petition payments directly to   **Caliber Home Loans** _____ . This Section of the Plan specifically
          incorporates all of the provisions  affecting mortgage claims as set forth in Del. Bankr. L.R. 3023-1
          (b) and the parties shall be so governed.  Debtor intends to cure any pre-petition arrearage through a
          loan modification.  A motion to approve the loan modification agreement will be filed upon receipt
          of same.  In the event a loan modification is not consummated within 6 months of the bankruptcy
          filing date, the Debtor will modify their plan to include the pre-petition arrears, surrender the
          property, convert this case to a chapter 7, or voluntarily dismiss this case.

   (B)    Secured Vehicle debt (cramdown) -
          Pro-rata payments to: _____ in the amount of $_____ for payment in full of the value of property or in
          equal monthly payments of $_____ per month for the _____ . Total payments will be $_____ .

   (C)    Secured Vehicle debt (910 car claim) -
          Pro-rata payments to   **Credit Acceptance**    in the full amount of the vehicle claim or in equal monthly
          payments of $ _____ per month for the   **2000 Ford Explorer** . Total payments will be $ **6,129.00**
          **($5,513.00 @ 4.25%)** .

Local Form 103
Revised: December 2012

Secured Vehicle debt (910 car claim) -

Pro-rata payments to __Mariner Finance__ in the full amount of the vehicle claim or in equal monthly payments of $ ____ per month for the __2002 Toyota Sequoia__ . Total payments will be $ __3,529.80 ($3,175.00 @ 4.25%)__ .

(D)   Other secured debt:

Creditor Name                                        Amount

3.        Surrender - Secured Collateral to:

_____. Debtor(s) abandons such property and agrees that the Automatic Stay under 11 U.S.C. Section 362 is terminated as to the property and any interest in the property. Claims, if any, submitted by such creditor may receive a distribution under the Plan if such claims reflect an applicable deficiency balance remaining following surrender.

4.        Subsequent to dividends to priority and secured creditors, dividends to allowed non-priority general unsecured creditors shall be distributed as follows:

General unsecured creditors will be paid ☐ a dividend of 100% of their allowed claim, or ☑ a prorata dividend of 1. $____ BIOC or 2. $____ Disp. Income x 60 months as calculated under Section 1325(b), or ☑ a pro-rata dividend, if any.

5.        (If applicable) The following leases or executory contracts of the debtor will be treated as follows:
             **-NONE-**

6.        Title to Debtor's property shall revest in the Debtor on confirmation of the Plan, except for undistributed plan payments held by the Trustee.  Upon conversion of this case to Chapter 7, or dismissal, the Trustee is authorized to disburse undistributed plan payments to allowed claimants in accordance with this Plan.

7.        Other special provisions of the Plan:

8.        A proof of claim must be filed in order to share in distributions under the plan.  A proof of claim may be filed either electronically or as paper. To file an electronic claim, go to the United States Bankruptcy Court, District of Delaware website (http://www.deb.uscourts.gov) and click on the Programs & Services tab, then select Claims Information. Click on "Submit a Proof of Claim" link and follow the instructions. Once the necessary information is entered the form will be automatically generated. To obtain a claim form to file a paper claim, go the United States Bankruptcy Court, District of Delaware website (http://www.deb.uscourts.gov) and click on the Programs & Services tab, then select Claims Information. The instructions for obtaining a claim form are listed under "General Claims Information". Completed paper claims should be delivered or mailed to United States Bankruptcy Court, Attn: Claims, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

__/s/ Diana Marie Meekins__ _____          __February  5, 2016__ _____
Debtor's Signature                                                                         Date

__/s/ Angelique Crabill__ _____          __February  5, 2016__ _____
Attorney for Debtor(s)                                                                    Date