IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: DIANA MEEKINS, | ) | |
| | ) | CASE NO: 16-10346 (BLS) |
| | ) | |
| DEBTORS. | ) | Response Deadline: October 17, 2016 |
| | ) | Hearing Date: October 25, 2016 |

## DEBTOR'S MOTION TO APPROVE A LOAN MODIFICATION

AND NOW, comes the Debtor, Diana Meekins, by and through her counsel, Angelique Crabill, of Crabill Law, LLC, and files this Motion to Approve a Loan Modification, and in support thereof avers the following:

1. Debtor filed her Chapter 13 Bankruptcy on February 5, 2016.

2. Debtor's mortgage lender, Caliber Home Loans, agreed to modify Debtor's mortgage loan. Caliber Home Loans requires the consent of this Court to modify the mortgage.

3. It is believed and averred that the proposed loan modification is in the best interest of the Debtor. The proposal defers Debtor's mortgage arrears and decreases Debtor's monthly mortgage payment from $1,638.20 to $1,290.66. The modification also decreases the interest rate from 9.640% to 7.89% for 5 years. See Exhibit "A".

4. Debtor wishes to retain the property and is unable to do so without approval of this loan modification.

WHEREFORE, the Debtor respectfully requests that this Honorable Court grant Debtor's Motion to Approve the Loan Modification.

Dated: September 21, 2016         CRABILL LAW

                                  By: /s/ Angelique Crabill
                                  Angelique Crabill, Esquire (Bar No. 5479)

Crabill Law, LLC
1521 Concord Pike, Ste. 301
Wilmington, DE 19803
(302) 476-2224
Attorney for Debtors