# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: DIANA MEEKINS, ) | |
| ) | CASE NO: 16-10346 (BLS) |
| ) | |
| DEBTORS. ) | Response Deadline: October 17, 2016 |
| ) | Hearing Date: October 25, 2016 |

## ORDER APPROVING MORTGAGE MODIFICATION

IT IS HEREBY ORDERED that the Debtor's Motion to Approve Loan Modification is GRANTED. The Debtor and Caliber Home Loans have the authority to enter into the modification agreement described in the Motion; and,

IT IS FURTHER ORDERED that in the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, Caliber Home Loans shall withdraw its claim without prejudice or amend the arrearage portion of its proof of claim to the balance paid to date within thirty (30) days of completion of the loan modification; and,

IT IS FUTHER ORDERED that communications and/or negotiations between the debtor and the mortgagee or mortgage servicer about the loan modification shall not be deemed a violation of the automatic stay; and any such communication or negotiation shall not be used by either party against the other in any subsequent litigation.

Hon. Brendan L. Shannon

Dated: October 20, 2016