IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 13 |
| Diana Marie Meekins,<br>  AKA Diana M. Meekins, | Case Number 16-10346-BLS |
| Debtor. | Hearing Date: March 27, 2018 at 10:00 a.m.<br>Objection Deadline: March 19, 2018 at 4:00 p.m. |

**MOTION FOR APPROVAL OF LOAN
MODIFICATION ENCUMBERING REAL PROPERTY**

COMES NOW, LSF8 Master Participation Trust ("Movant"), by and through its attorneys, Orlans PC, hereby moves this Honorable Court to allow Debtor to modify her mortgage on the real property located at 914 South Scott Street, Middletown, DE 19709, based on the following:

1. The Debtor filed a *Voluntary Chapter 13 Petition* in the United States Bankruptcy Court for the District of Delaware on February 5, 2016.

2. Movant holds a first mortgage on the Debtor's property at 914 South Scott Street, Middletown, DE 19709.

3. The Debtor was in arrears pre-petition in the amount of $90,678.31 and a total secured amount of $229,125.47, as evidenced by Proof of Claim No. 6 as filed on May 26, 2016.

4. The Debtor has been approved for a loan modification (attached hereto as Exhibit "A"), with Movant and shall become contractually current to February 22, 2018 (the "Modification Effective Date"), with respect to the first mortgage.

5. As of the Modification Effective Date the new principal balance will be $257,440.82 (the "Combined Principal Balance"), of which $940.82 is forgiven ("Debt Forgiveness") and $106,853.20 (the "Deferred Amount") will be deferred and non-interest bearing. The Deferred Amount will be collected at the earlier of payment in full of the Note or

the New Maturity Date of February 22, 2043. The Combined Principal Balance, minus the Deferred Amounts and Debt Foregiveness shall be referrred to as the "Interest Bearing Principal Balance" and will be in the amount of $149,646.80.

6. As of February 22, 2018, interest at the fixed rate of 8.0% will begin to accrue on the Interest Bearing Principal Balance of $149,646.80 and continue at that fixed rate for twenty-five years (25) years.

7. The Loan Modification includes both pre-petition and post-petition arrears, thereby allowing Debtor to remove the pre-petition mortgage arrears included in the Chapter 13 Plan.

8. Debtor shall resume making monthly mortgage payments in accordance with the Loan Modification beginning with the March 22, 2018 payment in the amount of $1,370.20, which represents $1,155.00 in principal and interest and $215.20 in escrow.

9. Upon approval by the Court and completion of all necessary modification paperwork, the Debtor will provide the Trustee with the property documentation and file a Motion to Modify Plan within ten (10) days of entry of the Order.

Dated: March 6, 2018
Wilmington, Delaware

Respectfully submitted,

ORLANS PC

*/s/ Jessica L. Mullenix Woodward*
Jessica L. Mullenix Woodward (DE #5516)
John E. Tarburton (DE #3918)
1201 N. Orange St., Suite 7301
Wilmington, DE 19801
(302) 339-8800
(302) 213-0043
jwoodward@orlans.com
jtarburton@orlans.com

*Attorneys for Movant*

**CERTIFICATE OF SERVICE**

The undersigned states that on March 6, 2018, copies of the foregoing *Motion for Approval of Loan Modification Encumbering Real Property* were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Michael B. Joseph, Esq.
mjoseph@ch13de.com
*Bankruptcy Trustee*

Angelique R. Crabill, Esq.
Crabill Law, LLC
1521 Concord Pike, Ste. 301
Wilmington, DE 19803
acrabill@crabilllaw.com
*Debtor's Attorney*

And I hereby certify that I have caused to be served by first class mail, postage prepaid, copies of the foregoing *Motion for Approval of Loan Modification Encumbering Real Property* on the following non-ECF participants:

Diana Marie Meekins
914 South Scott Street
Middletown, DE 19709
*Debtor*

Dated: March 6, 2018
      Wilmington, Delaware

ORLANS PC

***/s/ Jessica L. Mullenix Woodward***
Jessica L. Mullenix Woodward (DE #5516)

*Attorneys for Movant*