IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                          Chapter 13

Diana Marie Meekins,                                Case Number 16-10346-BLS
  AKA Diana M. Meekins,

  Debtor.

**ORDER GRANTING MOTION FOR APPROVAL OF
LOAN MODIFICATION ENCUMBERING DEBTOR'S REAL PROPERTY**

AND NOW, TO WIT, this 22nd day of March A.D., 2018 , the Creditor, LSF8 Master Participation Trust's *Motion for Approval of Loan Modification Encumbering Real Property* known as 914 South Scott Street, Middletown, DE 19709 having been heard and considered;

IT IS HEREBY ORDERED that the *Motion for Approval of Loan Modification* is hereby granted.

IT IS FURTHER ORDERED that upon entry of this Order, the Debtor will provide the Trustee with the proper documentation as needed and shall file a *Motion to Modify Plan* within ten (10) days of entry of the Order.

Date: _____        _____
    Wilmington, Delaware            The Honorable Brendan Linehan Shannon
                                           Chief United States Bankruptcy Judge