**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: <br> DIANA MARIE MEEKINS <br><br> Debtor(s) | * <br> * Case No. 16-10346-BLS <br> * Chapter 7 <br> * <br> * |
| * * * * * * * | * * * * * * * |
| U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF TIKI SERIES IV TRUST <br> Movant. <br> v. <br> DIANA MARIE MEEKINS, Debtor, <br> David W. Carickhoff, Trustee, <br> Respondents. | * <br><br> * Objections Due: June 11, 2020 by 4:00 PM <br><br> * Hearing Date: June 18, 2020 at 1:30 PM <br><br> * <br> * |
| * * * * * * * | * * * * * * * |

**ORDER TERMINATING AUTOMATIC STAY
UNDER SECTION 362 OF THE BANKRUPTCY CODE**

**AND NOW, TO WIT**, the creditor U.S. Bank Trust National Association as trustee of Tiki Series IV Trust Motion for Relief from Automatic Stay and Request for Adequate Protection (Doc. No. 104) having been duly presented, heard and considered;

The Court finds the facts as stated in the creditor's motion.

**IT IS HEREBY ORDERED** that the Stay afforded by 11 U.S.C. § 362 and Fed. R. Bankr. P. 4001 and Fed. R. Bankr. P. 9014, for an order terminating the automatic stay of 11 U.S.C. § 362 is hereby terminated so as to permit the creditor, its servicers, successors and/or assigns, to enforce its security interest in 914 South Scott St, Middletown, DE 19709, through foreclosure proceedings, judicial sale of the property and whatever other legal remedies which may be available to the creditor under applicable State law.

Date:  June 16, 2020                                BY THE COURT:

                                                              _____
                                                              The Honorable Brendan Linehan Shannon
                                                              U.S. Bankruptcy Court Judge

File No.: DE201900000253